## L. R. (Red) GILES v. STATE.
### No. 15307.

Court of Criminal Appeals of Texas.
April 13, 1932.

T. B. Ridgell, of Breckenridge, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

### MORROW, P. J.

Robbery is the offense; penalty assessed at confinement in the penitentiary for a period of five years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is ordered dismissed.